AMENDOLA v. RUGGIERO.

(Supreme Court, Appellate Term, First Department. November 19, 1914.)

REPLEVIN (§ 107*)—ALTERNATIVE JUDGMENT.

     In replevin, it was error to award judgment for the plaintiff in conversion for the value of the property; and the judgment should have awarded plaintiff the chattels sued for, or their value.

     [Ed. Note.—For other cases, see Replevin, Cent. Dig. §§ 424–428; Dec. Dig. § 107.*]

Appeal from Municipal Court, Borough of Manhattan, Fourth District.

Action by Mary Amendola against Vito Ruggiero. From a judgment for plaintiff for $40.50 and costs, defendant appeals. Modified and affirmed.

Argued October term, 1914, before SEABURY, BIJUR, and COHALAN, JJ.

Gabriel Rubino, of New York City, for appellant.
Felix Antonacchio, of New York City, for respondent.

SEABURY, J. The plaintiff sued in replevin to recover a gold watch chain and a bracelet, alleged to be worth $40.50, or the value thereof. The court below awarded judgment for the plaintiff in conversion for $40.50.

The judgment is modified, by striking out the provision awarding judgment in conversion, and so as to award the plaintiff the chattels sued for, or $40.50, the value thereof. As modified, the judgment is affirmed, without costs to either party. All concur.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes